**No. 09-11331. Wally Jacques Simon, Petitioner v. Massachusetts.**

562 U.S. 874, 131 S. Ct. 181, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6727.

October 4, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 456 Mass. 280, 923 N.E.2d 58.

**No. 09-11332. Jermaine Dana Saunders, Petitioner v. United States.**

562 U.S. 874, 131 S. Ct. 181, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6708.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11334. Vernon Snype, Petitioner v. United States.**

562 U.S. 874, 131 S. Ct. 181, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6751.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-11335. Steven Williams, Petitioner v. Lt. Howard, et al.**

562 U.S. 874, 131 S. Ct. 181, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6930.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11336. Suzanne Margaret Basso, Petitioner v. Rick Thaler, Di-**rector, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 874, 131 S. Ct. 181, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6679, ■

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 504.

**No. 09-11337. Ambrose Akinmukomi, Petitioner v. United States.**

562 U.S. 874, 131 S. Ct. 182, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6778.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 369 Fed. Appx. 522.

**No. 09-11338. Raymond T. Boden, Petitioner v. Pennsylvania.**

562 U.S. 874, 131 S. Ct. 182, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6779.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 972 A.2d 548.